UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG PERIEFF, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CLIF BAR & COMPANY,<br><br>　　　　　Defendant. | Case No. 16-cv-01708-JSW<br><br>**ORDER TO SHOW CAUSE RE** *PRO HAC VICE* **APPLICATION**<br><br>Re: Dkt. Nos. 21, 22, 23 |

The Court has received Defendant Clif Bar & Company's objections and declaration in opposition to the *pro hac vice* application of Joseph N. Kravec, Jr., Esq. Because the Court ruled on Mr. Kravec's *pro hac vice* application without waiting for an opposition, the Court will consider Defendant's objections and declaration without requiring Defendant to satisfy the requirements for a motion for reconsideration.

Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why the Court should not vacate the April 21, 2016 order granting Mr. Kravec's application for admission *pro hac vice*. By Tuesday, April 26, 2016, at 12:00 p.m. PDT (noon), Plaintiffs may file a response to Defendant's objections to the *pro hac vice* application. By Wednesday, April 27, 2016, at 12:00 p.m. PDT (noon), Defendant may file a reply to Plaintiffs' response.

**IT IS SO ORDERED.**

Dated: April 22, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　United States District Judge