Rosemary M. Rivas (#209147)
**FINKELSTEIN THOMPSON LLP**
One California Street, Suite 900
San Francisco, CA 94111
Tel.: (415) 398-8700
Fax: (415) 398-8704
Email: rrivas@finkelsteinthompson.com

Joseph N. Kravec, Jr. (admitted *pro hac vice*)
Wyatt A. Lison
**FEINSTEIN DOYLE
 PAYNE & KRAVEC, LLC**
429 Forbes Avenue
Allegheny Building, Suite 1705
Pittsburgh, PA 15219
Tel.: 412-281-8400
Fax: 412-281-1007
Email: jkravec@fdpklaw.com
       wlison@fdpklaw.com

Jason B. Adkins
**ADKINS, KELSTON & ZAVEZ, P.C.**
90 Canal Street, 5th Floor
Boston, MA 02114
Tel.: (617) 367-1040
Fax: (617) 742-8280
Email: jadkins@akzlaw.com

*ATTORNEYS FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GREG PERIEFF and LINDA CHESLOW, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLIF BAR & COMPANY, a California corporation,<br><br>Defendant. | Case No.: 4:16-cv-01708-JSW<br><br>**CLASS ACTION**<br><br>**AMENDED NOTICE OF DIMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Amended Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); Case No.: 4:16-cv-01708-JSW

1  Plaintiffs Greg Perieff and Linda Cheslow ("Plaintiffs"), by their undersigned attorneys,
2  hereby give notice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal with
3  prejudice of the above-entitled action without order of the Court. With respect thereto, Plaintiffs state
4  that no answer or motion for summary judgment has been received by Plaintiffs' counsel. There has
5  been no class certified in this action and Plaintiffs dismiss only their individual claims, and so, Fed.
6  R. Civ. P. 23(e) is not implicated by dismissal of Plaintiffs' action as no absent putative class members
7  will be bound by this dismissal.

Dated: April 26, 2016                         **FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

                                              By:    /s/Joseph N. Kravec, Jr.
                                                     Joseph N. Kravec, Jr.

                                              Wyatt A. Lison
                                              429 Forbes Avenue
                                              Allegheny Building, Suite 1705
                                              Pittsburgh, PA 15219
                                              Tel.: 412-281-8400
                                              Fax: 412-281-1007

                                              Rosemary M. Rivas (#209147)
                                              **FINKELSTEIN THOMPSON LLP**
                                              One California Street, Suite 900
                                              San Francisco, CA 94111
                                              Tel.: (415) 398-8700
                                              Fax: (415) 398-8704
                                              Email: rrivas@finkelsteinthompson.com

                                              Jason B. Adkins
                                              **ADKINS, KELSTON & ZAVEZ, P.C.**
                                              90 Canal Street, 5th Floor
                                              Boston, MA 02114
                                              Tel.: (617) 367-1040
                                              Fax: (617) 742-8280
                                              Email: jadkins@akzlaw.com

                                              ***ATTORNEYS FOR PLAINTIFFS***

# PROOF OF SERVICE

STATE OF PENNSYLVANIA            )
                                 )  ss.:
COUNTY OF ALLEGHENY              )

I am employed in the County of Allegheny, State of Pennsylvania. I am over the age of 18 and not a party to the within action. My business address is 429 Forbes Avenue, Allegheny Building, 17th Floor, Pittsburgh, PA 15219.

On April 26, 2016, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Joseph N. Kravec, Jr., I filed and served the document(s) described as:

**AMENDED NOTICE OF DIMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**[X]   BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

I declare that I am admitted *pro hac vice* in this action.

I declare, under penalty of perjury under the laws of the United States, that the above is true and correct.

Executed on April 26, 2016, at Pittsburgh, Pennsylvania.

             /s/Joseph N. Kravec, Jr.
             Joseph N. Kravec, Jr.